ORIGINAL

1  AMANDA V. DWIGHT (SBN 187028)
   DWIGHT LAW GROUP
2  Pacific Plaza
3  234 E. 17 Street, Suite 105-A
   Costa Mesa, California 92627
4  Telephone: (949) 515-0003
   Facsimile: (949) 266-8680
5
6  Attorneys for Defendant
   Skytech USA, Inc.
7  Petition for Admission Pending

FILED
07 JUN 14 PM 12:41
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDC     DEPUTY

NUNC PRO TUNC
JUN 11 2007

BY FAX

8           IN THE UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10                    SAN DIEGO DIVISION

| | |
|---|---|
| VIEWTECH, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SKYTECH USA, INC., a California Corporation,<br><br>Defendant. | Case No.: 07CV0541<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>Complaint Filed: 03/23/07<br><br>Hon. M. James Lorenz |

   IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their respective counsel, subject to the approval of this Honorable Court, that Defendant's time to answer or otherwise respond to the Complaint be extended from June 11, 2007 up to and including July 11, 2007.

1

This stipulation is made pursuant to CivLR 7.2 and is not entered into for the purposes of inconvenience or delay. The Parties are exploring settlement possibilities. There have been no previous requests to continue the Defendant's time to respond to the Complaint.

Respectfully submitted,

DWIGHT LAW GROUP

Dated: June 11, 2007          By: _____
                                  Amanda V. Dwight
                                  Attorneys for Defendant
                                  Skytech USA


THE LAW OFFICE OF
MANUEL DE LA CERRA

Dated: June 7, 2007           By: _____
                                  Manuel De La Cerra
                                  Attorneys for Plaintiff

**ORDER**

Good cause shown, the time for Defendant to answer or otherwise respond to Plaintiff's complaint shall be extended up to and including July 1, 2007.

Dated: June 12, 2007          _____
                              Judge of the District Court

2

Stipulation to Extend Time to Respond to Complaint
Case Title: Viewtech v. Skytech (Case No.07CV0541 L)
Requesting Parties: Viewtech and Skytech USA

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is: Pacific Plaza, 234 E. 17th Street, Suite 105-A, Costa Mesa, CA 92627.

On, June 11, 2007, I served the foregoing document described as: **Stipulation and [Proposed] Order to Extend Time for Defendant to Respond to Complaint**

[ **X** ]   by placing [  ] the original [ **X** ] a true copy thereof enclosed in a sealed envelope addressed as follows:

**Manuel de la Cerra
The Law Office of Manuel De La Cerra
6885 Catamaran Drive
Carlsbad, CA 92011**

[  ] **by personal service.** I caused the document(s) to be delivered by hand to the parties below:

[ **X** ]      **by mail.** I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[  ]      **by overnight delivery.** I am readily familiar with the firm's practice for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited with an overnight delivery service on the same date as indicated on this Proof of Service.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed June 11, 2007, Costa Mesa California.

*/s/ Amanda V. Dwight*
Amanda V. Dwight

1